IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DOMINIQUE LASHAUNE CASTILE,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No. 1:18-cv-319 |
| ) | |
| **PRIMECARE MEDICAL INC., et al.,** ) | |
| ) | |
| **Defendants.** ) | |

**MEMORANDUM ORDER**

This action was received by the Clerk of Court on October 19, 2018 and was referred to United States Magistrate Judge Richard A. Lanzillo, for report and recommendation in accordance with the Magistrate Judges Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrate Judges.

Pending before this Court are the Defendants' motions to dismiss Plaintiff's remaining claims for failure to prosecute. See ECF Nos. [51] and [54]. On May 11, 2020, Magistrate Judge Lanzillo issued a Report and Recommendation, ECF No. [63], recommending that the Defendants' motions be granted and the within civil action be dismissed, with prejudice. Objections to the Report and Recommendation were due on May 28, 2020. To date, no objections have been filed.

After *de novo* review of the complaint and documents in the case, together with the report and recommendation, the following order is entered:

1

NOW, this 4th day of June, 2020,

IT IS ORDERED that the motions to dismiss filed by Defendant Susen Rossino, M.D., ECF No. [51], and Defendants PrimeCare Medical, Inc., Kathryn Skuce, LPN (erroneously identified as Kathy Doe), Rebecca Harvey, LPN (erroneously identified as Rebecca Doe), Dawn Salsberry, RN (erroneously identified as Dawn Doe), and Christine Schreffler, LPN, ECF No. [54], shall be, and hereby are, GRANTED.

Consistent with the foregoing, IT IS FURTHER ORDERED that the within civil action shall be, and hereby is, DISMISSED with prejudice for failure to prosecute.

Finally, IT IS ORDERED that the report and recommendation of Magistrate Judge Lanzillo, issued on May 11, 2020, ECF No. [63], shall be, and hereby is, adopted as the opinion of this Court.

There being no further claims pending before the Court in the above-captioned matter, the Clerk is directed to mark this case "CLOSED."

*[signature]*

SUSAN PARADISE BAXTER
United States District Judge

cc:   Dominique LaShaune Castile
      NB-4095
      SCI Houtzdale
      209 Institution Drive
      PO Box 1000
      Houtzdale, PA 16698-1000
      (via U.S Mail, First Class)

      Counsel of Record (via CM/ECF)

      The Honorable Richard A. Lanzillo (via CM/ECF)